## George Koutsogianis, Defendant in Error, v. George Goumas, Plaintiff in Error.

### Gen. No. 20,173.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed June 9, 1914.

### Statement of the Case.

Motion in Appellate Court made by defendant in error, George Koutsogianis, to strike from the record the bill of exceptions or statement of facts filed by George Goumas, plaintiff in error, on writ of error to review a judgment of the Municipal Court denying a motion to vacate a judgment.

ROSE, SYMMES & KIRKLAND, for plaintiff in error; STUART B. KROHN, of counsel.

WILLIAM W. MAXWELL, for defendant in error.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1.   MUNICIPAL COURT OF CHICAGO, § 26*—*when bill of exceptions or statement of facts not filed in time.* The record *held* to show that the bill of exceptions or statement of facts was not presented to the trial judge or filed with the clerk of the Municipal Court within thirty days from the entry of the judgment, where it appears that on January 17, 1914, a motion to vacate a judgment was denied, that on February 18, 1914, a bill of exceptions was presented to the trial judge and on March 7, 1914, the bill of exceptions was filed as of February 18, 1914.

2.   MUNICIPAL COURT OF CHICAGO, § 25*—*when motion to file additional briefs will be denied.* A cross motion by plaintiff in error to file additional briefs based on assignments of error, which can be considered only when a proper bill of exceptions or statement of facts is filed, will be denied where it is necessary on motion of defendant in error to strike the bill of exceptions or statement of facts from the files.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.